AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| Martez Powell a/k/a Reubgang Twin | ) Case No. 3:21-cr-36-34 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Martez Powell

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance; Forfeiture Allegation

Date: 09/16/2021

/s/ Jackie Stewart
*Issuing officer's signature*

City and state: Fargo, ND

Jackie Stewart, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-16-21, and the person was arrested on *(date)* 9-24-21
at *(city and state)* Detroit, MI

Date: 9-24-21

*Arresting officer's signature*

Eric Smigiery DPA TFO
*Printed name and title*